UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

AARON L. JACOBS, JR.,

        Plaintiff,

v.                                                  Case No. 17-C-1172

D. WICKLUND, *et al.*,

        Defendants.

## DECISION AND ORDER

Plaintiff Aaron Jacobs filed a motion for recruitment of counsel and to compel unredacted discovery, as well as an extension of the discovery and summary judgment deadlines. The court recently recruited counsel and forwarded to Jacobs the standard Agreement to Reimburse Pro Bono fund as well as the Regulations Governing Prepayment and Reimbursement of Expenses and directed Plaintiff to sign and return the agreement by June 6th. However these documents were returned to the court as "Undeliverable" and "Unable to Forward - Inmate Not Here." Plaintiff received notice in his Screening Order (ECF No. 9) stating:

> The plaintiff is further advised that failure to make a timely submission may result in the dismissal of this action for failure to prosecute. In addition, the parties must notify the Clerk of Court of any change of address. Failure to do so could result in orders or other information not being timely delivered, thus affecting the legal rights of the parties.

This court has not received notification from Plaintiff of his change of address, and thus neither the court, nor recruited counsel, is able to communicate with him. Unless Plaintiff notifies the court and counsel of his new address within the next fifteen (15) days, this case will be dismissed for lack of

prosecution. And because counsel has appeared for the defendant and undertaken the defense, including engaging in substantial motion practice, such dismissal will be with prejudice.

**SO ORDERED** at Green Bay, Wisconsin, this 24th day of May, 2018.

s/ William C. Griesbach
William C. Griesbach, Chief Judge
United States District Court