UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

AARON L. JACOBS, JR.,

        Plaintiff,

v.                                                   Case No. 17-C-1172

D. WICKLUND and M. DUNN,,

        Defendants.

## DECISION AND ORDER

Plaintiff Aaron Jacobs filed a motion for recruitment of counsel and to compel unredacted discovery, as well as an extension of the discovery and summary judgment deadlines. The court recently recruited counsel and forwarded to Jacobs the standard Agreement to Reimburse Pro Bono Fund, as well as the Regulations Governing Prepayment and Reimbursement of Expenses, and directed Jacobs to sign and return the agreement by June 6, 2018. However, those documents were returned to the court as "Undeliverable" and "Unable to Forward - Inmate Not Here." The court therefore issued another order, this time directing Jacobs to provide the court and his recruited counsel with an updated address no later than June 8, 2018, or risk dismissal of his case with prejudice. ECF No. 33. That order was returned as undeliverable as well. But on June 13, 2018, Jacobs provided the court with notice of his change of address.

Despite Jacobs' failure to provide the court with timely notice of his new address, he does not appear to have received the court's three most recent orders regarding his motion and the recruitment of counsel. ECF Nos. 30, 31, 33. Now that he has provided an updated address, the court will grant Jacobs a final, 14-day extension of time to sign and return to the court the

Agreement to Reimburse Pro Bono Fund that is a prerequisite to the recruitment of *pro bono* counsel. ECF No. 31-1. Jacobs received notice in his Screening Order (ECF No. 9) stating:

> The plaintiff is further advised that failure to make a timely submission may result in the dismissal of this action for failure to prosecute. In addition, the parties must notify the Clerk of Court of any change of address. Failure to do so could result in orders or other information not being timely delivered, thus affecting the legal rights of the parties.

If for any reason Jacobs fails to, within 14 days of the date of this order, either file a signed copy of the Agreement to Reimburse Pro Bono Fund or otherwise respond to this order, then his case will be dismissed with prejudice.

**IT IS THEREFORE ORDERED** that Jacobs shall promptly contact Attorney Jonathan Smies, whom the court has recruited to represent him, at the following telephone number: (920) 436-7667.

**IT IS FURTHER ORDERED** that Jacobs shall sign and return the enclosed Agreement to Reimburse Pro Bono Fund (ECF No. 31-1) by **June 27, 2018**, if he wishes to proceed with *pro bono* counsel in this case.

**IT IS FURTHER ORDERED** that when mailing this order to Jacobs, the Clerk should also enclose copies of (1) the court's order granting Jacobs' motion to appoint counsel, granting his motion for an extension of time, and taking under advisement his motion to compel (ECF No. 30); (2) the court's order requesting that Attorney Jonathan Smies represent Jacobs, as well as both attachments to that order (ECF Nos. 31, 31-1, and 31-2); and (3) the court's order directing Jacobs to notify the court of his current address (ECF No. 33).

Dated at Green Bay, Wisconsin, this 13th day of June, 2018.

s/ William C. Griesbach
William C. Griesbach, Chief Judge
United States District Court